UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MOISES GILBERTO JIMENEZ MIRANDA, :
               Plaintiff, :
:
v. : **ORDER**
:
: 23 CV 1841 (VB)
YBJ INCORPORATED, YOSEF HECHTER, :
ROBERT BERK, and MIGUEL OVALLES, :
               Defendants. :
--------------------------------------------------------------x

      On December 18, 2023, plaintiff Moises Gilberto Jimenez Miranda in this Fair Labor Standards Act ("FLSA") case filed a settlement agreement (Doc. #33) and a statement explaining the basis for the agreement as required by Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

      In reviewing the proposed settlement agreement, the Court has considered the following factors:

(i)     plaintiff's position that defendants owed him approximately $23,000 in unpaid wages;

(ii)    the existence of a bona fide dispute regarding the number of hours plaintiff worked and how much he was paid;

(iii)   plaintiff's preference for a guaranteed outcome that would allow him to recover a settlement of $15,000, which plaintiff views as a reasonable portion of his alleged unpaid wages, rather than face the risks, time, and expenses associated with continued litigation and trial;

(iv)   plaintiff is represented by counsel;

(v)    plaintiff no longer works for defendants;

(vi)   the release is limited to FLSA, New York Labor Law, and wage-and-hour claims accrued prior to executing the settlement agreement;

(vii)  the non-disparagement clause permits plaintiff to provide truthful statements about plaintiff's experience litigating this action, plaintiff's FLSA claims in this action, and the resolution of this action, as well as to provide truthful testimony to any court or governmental agency or in response to any subpoena; and

(viii) the absence of a confidentiality clause in the settlement agreement.

      Based on the foregoing, the Court finds the settlement agreement is fair and reasonable, and the product of arm's-length negotiation, not fraud or collusion.

1

Additionally, the Court finds the attorneys' fees, which are one-third of plaintiff's net recovery, in addition to reimbursement of costs, to be fair and reasonable under the circumstances.

## CONCLUSION

Accordingly, the parties' settlement agreement (Doc. #33) is APPROVED.

The Stipulation and Order of Dismissal with Prejudice closing this case shall be separately docketed.

Dated: December 21, 2023
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge